UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **13-31 SPORT, LLC;** <br> **Plaintiff,** | ) <br> ) <br> ) | CIVIL ACTION NO.: 4:18-cv-157 |
| v. | ) <br> ) | **UNOPPOSED MOTION TO DISMISS** <br> **PURSUANT TO RULE 41(A)(2)** |
| **DICK'S SPORTING GOODS, INC.;** <br> **Defendant.** | ) <br> ) <br> ) <br> ) | 1. NO. 6,598,234; <br> 2. NO. 6,499,139. <br> <br> [35 U.S.C. 271] |

Plaintiff 13-31 Sport, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby moves for an order dismissing all claims against Defendant Dick's Sporting Goods, Inc. in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully Submitted,

**UNDERWOOD LAW OFFICES**

*/s/ Mark F. Underwood*
Mark F. Underwood
State Bar No. 24059341
2530 West White Avenue, Suite 200
McKinney, Texas 75071
Tel: 972-535-6377
Fax: 972-292-7828
Email: munderwood@underwoodlawoffices.com
**ATTORNEY FOR PLAINTIFF 13-31 SPORT, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first-class mail on June 22, 2018.

*/s/ Mark F. Underwood*
Mark F. Underwood