# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| 13-31 SPORT, LLC | § |
| | § |
| v. | § CIVIL ACTION NO. 4:18cv157 |
| | § |
| DICK'S SPORTING GOODS, INC. | § |

### TRANSFER ORDER

It is hereby **ORDERED** that the above-named civil action is transferred to the Honorable Richard A. Schell, effective immediately.

**IT IS SO ORDERED.**

SIGNED this 29th day of June, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE